UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-1258 JVS (ANx) | Date | August 28, 2012 |
| Title | Darlene Covington et al.  v.  Jim Curtis et al. | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>**Order To Show Cause re Jurisdiction**</u>

On August 8, 2012, the Court directed by Gene Luchessi ("Luchesi") to file an amended notice of remand setting forth for JKMD Investments, LLC and Regions Development Group, LLC "each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier."

The amended notice of remand at Docket No. 14 fails to do this.  Luchessi is directed to comply with the Court's previous order within seven days.  **Failure to do so will result in remand of the case to the Superior Court of the State of California for lack of jurisdiction.**

**A failure to respond may result in remand of the case to the Superior Court of the State of California for lack of jurisdiction.**

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |