JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE COVINGTON, <u>et</u> <u>al.</u>, | Case No. SA CV 12-1258 FMO (ANx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| JIM CURTIS, <u>et</u> <u>al.</u>, | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, IT IS ADJUDGED THAT:

1.  Default judgment shall be entered in favor of plaintiffs Darlene Covington and JKMD Investments, LLC (collectively, "plaintiffs"), in the total amount of $1,082,113.60 plus any applicable interest allowed under the law.

2. Plaintiffs shall serve defendant Jim Curtis with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 24th day of March, 2014.

                                         /s/
                                    Fernando M. Olguin
                                    United States District Judge